STATE OF NEW JERSEY v. DARRELL MCBURROUGHS
AND MICHAEL WRIGHT.

March 10, 1981.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed.  (See 82 *N.J.* 295)

SOUTHERN BURLINGTON COUNTY N.A.A.C.P. AND DAVIS
ENTERPRISES v. TOWNSHIP OF MOUNT LAUREL.

March 17, 1981.

Certification to Superior Court, Law Division is granted; it is further ORDERED that this matter be submitted to this Court, without further oral argument, for consideration with *Urban League of Greater New Brunswick v. Carteret, et al.*, 82 *N.J.* 283 (A–4–80 and related cases.)

ROSEMARY DANTAS v. SAINT BARNABAS MEDICAL CENTER.

March 17, 1981.

Petition for certification denied.